Randall A. Pulman
State Bar No. 16393250
Leslie Sara Hyman
State Bar No. 00798274
Anna K. MacFarlane
State Bar No. 24116701
**PULMAN CAPPUCCIO & PULLEN, LLP**
2161 NW Military Hwy., Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
rpulman@pulmanlaw.com
lhyman@pulmanlaw.com
amacfarlane@pulmanlaw.com
**COUNSEL FOR UNIFIED FIELD SERVICES, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 22-31641-MVL-7 |
| GOODMAN NETWORKS, INC., | § § | |
| DEBTOR. | § § | CHAPTER 7 |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, | § § | |
| PLAINTIFF | § § | |
| V. | § § | ADVERSARY NO. 23-03088-MVL |
| UNIFIED FIELD SERVICES, INC. | § § | |
| DEFENDANT | § § | |

### DEFENDANT UNIFIED FIELD SERVICES, INC.'S ANSWER
### AND CONSENT TO ENTRY OF JUDGMENT

COMES NOW Defendant Unified Field Services, Inc. ("**UFS**") and files this, its Answer and Consent to Entry of Judgment to the Trustee's Original Complaint [Adv. Dkt. No. 1], showing the Court as follows:

1. UFS admits the allegations against it in the Trustee's Original Complaint.

2. UFS consents to entry of judgment against it as pled for in the Trustee's Original Complaint for (1) $5,986,897.69 for the Trustee's breach of contract claim; (2) the Trustee's reasonable and necessary attorneys' fees, expenses, and costs; and (3) prejudgment and post-judgment interest as allowed by law.

Dated: December 1, 2023

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    Leslie Sara Hyman
    Texas State Bar No. 00798274
    lhyman@pulmanlaw.com
    Anna K. MacFarlane
    Texas State Bar No. 24116701
    amacfarlane@pulmanlaw.com

**ATTORNEYS FOR DEFENDANT UNIFIED FINANCIAL SERVICES, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 1, 2023, the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*Via CM/ECF drukavina@munsch.com, tberghman@munsch.com, and cwhite@munsch.com*
Davor Rukavina
Thomas D. Berghman
Conor P. White
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Ste 3800
Dallas, TX 75201-6659

**ATTORNEYS FOR PLAINTIFF TRUSTEE**

                */s/ Randall A. Pulman*
                Randall A. Pulman