Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § § | |
| | § | (Chapter 7) |
| Debtor. | § § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary Proceeding No. 23-03088-mvl |
| UNIFIED FIELD SERVICES, INC., | § § | |
| Defendant. | § § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on **January 23, 2024, at 9:30 p.m.** (prevailing Central Time) to consider the Trustee's *Motion for Entry of Judgment* [Docket No. 6]. The hearing shall be held in a hybrid format before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, TX 75242, or virtually via the following WebEx Link. Judge

NOTICE OF HEARING—Page 1

Larson's WebEx instructions can be found at https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1-650-479-3207; Access code: 160 135 6015

RESPECTFULLY SUBMITTED this 22nd day of December, 2023.

> **MUNSCH HARDT KOPF & HARR, P.C.**
>
> By: */s/ Conor P. White*
> Davor Rukavina, Esq.
> Texas Bar No. 24030781
> Thomas D. Berghman, Esq.
> Texas Bar No. 24082683
> Conor P. White, Esq.
> Texas Bar No. 24125722
> 500 N. Akard Street, Suite 4000
> Dallas, Texas 75201-6659
> Telephone: (214) 855-7500
> Facsimile: (214) 855-7584
> drukavina@munsch.com
> tberghman@munsch.com
> cwhite@munsch.com
>
> **ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 22nd day of December, 2023, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof and on counsel of record for the Defendant, Randall A. Pulman, via email.

> By: */s/ Conor White*
> Conor P. White