

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 9, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| GOODMAN NETWORKS, INC., | § § | Case No. 22-31641-mvl-7 |
| Debtor. | § § § | Chapter 7 |
| SCOTT M. SEIDEL, TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. Proceeding No. 23-03088-mvl |
| UNIFIED FIELD SERVICES, INC., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

CAME ON FOR CONSIDERATION the Trustee's *Motion for Entry of Judgment* (the "Motion"), by which motion Scott M. Seidel (the "Trustee"), the duly-appointed chapter 7 trustee of Goodman Networks, Inc. (the "Debtor") in the above-styled and numbered bankruptcy case (the "Bankruptcy Case"), and the plaintiff in this Adversary Proceeding solely in his capacity as trustee,

by which the Trustee sought entry of judgment against defendant Unified Field Services, Inc. ("UFS").  Finding that service and notice of the Motion was sufficient and appropriate, that UFS has consented to entry of a final judgment in this Adversary Proceeding, and that this Court has core jurisdiction over this matter under 28 U.S.C. § 157(b)(2), it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Trustee, in his capacity as trustee of the Debtor's estate, shall, and hereby does, have a money judgment against UFS on the basis of breach of contract for an amount of $5,986,897.69.

2. UFS shall likewise be liable to the Trustee for the reasonable and necessary attorneys' fees, costs, and expenses incurred by the Trustee in pursuing this claim for breach of contract, due and owing upon entry of this Judgment.  UFS shall pay to the Trustee attorneys' fees in an amount of $8,938.00 and $381.09 costs and expenses.

3. Post-judgment interest shall accrue on the judgment assessed herein in an amount equal to .0137% per day from the date of entry of this Order, calculated using the weekly average 1-year constant maturity Treasury yield for the week prior to entry of this judgment.

4. This is a final, appealable judgment, disposing of all parties and issues, except for any issue expressly preserved in this Judgment.  All relief not granted herein is denied.

# # # END OF ORDER # # #

AGREED TO AS TO SUBSTANCE AND FORM:

| MUNSCH HARDT KOPF & HARR, P.C. | PULMAN, CAPPUCCIO & PULLEN, LLP |
|---|---|
| By: /s/ *Conor White* | By: /s/ |
| Davor Rukavina, Esq. | Randall A. Pulman, Esq. |
| Texas Bar No. 24030781 | Texas Bar No. 16393250 |
| Thomas D. Berghman, Esq. | Leslie Sara Hyman, Esq. |
| Texas Bar No. 24082683 | Texas Bar No. 00798274 |
| Conor P. White, Esq. | Anna K. McFarlane, Esq. |
| Texas Bar No. 24125722 | Texas Bar No. 24116701 |
| 500 N. Akard Street | 2161 NE Military Highway |
| Suite 4000 | Suite 400 |
| Dallas, Texas 75201-6659 | San Antonio, TX 78213 |
| Telephone: (214) 855-7500 | Telephone: (210) 222-9494 |
| Facsimile: (214) 855-7584 | Facsimile: (210) 892-1610 |
| Email: drukavina@munsch.com | Email: rpulman@pulmanlaw.com |
| *Counsel to Scott M. Seidel, Trustee* | *Attorneys for Defendant Unified Financial Services, Inc.* |