Randall A. Pulman
State Bar No. 16393250
Leslie Sara Hyman
State Bar No. 00798274
W. Drew Mallender
State Bar No. 24118450
Anna K. MacFarlane
State Bar No. 24116701
**PULMAN CAPPUCCIO & PULLEN, LLP**
2161 NW Military Hwy., Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
rpulman@pulmanlaw.com
lhyman@pulmanlaw.com
amacfarlane@pulmanlaw.com
**COUNSEL FOR UNIFIED FIELD SERVICES, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-31641-MVL-7 |
| | § | |
| GOODMAN NETWORKS, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | ADVERSARY NO. 23-03088-MVL |
| | § | |
| UNIFIED FIELD SERVICES, INC. | § | |
| | § | |
| DEFENDANT | § | |

**DEFENDANT UNIFIED FIELD SERVICES, INC.'S ADVISORY TO THE COURT REGARDING
TRUSTEE'S MOTION TO COMPEL DEFENDANT'S RESPONSES
TO REQUESTS FOR PRODUCTION AND INTERROGATORIES
[RELATING TO ADV. DKT. NO. 10]**

COMES NOW Defendant Unified Field Services, Inc. ("**UFS**") and files this, its *Advisory to the Court* (the "**Advisory**") regarding *Trustee's Motion to Compel Unified Field Services, Inc.'s*

1

*Responses to Requests for Production and Interrogatories* [Adv. Dkt. No. 10] (the "**Motion to Compel**"), to advise the Court that it has, on this 24th day of April, 2024, provided Defendant's Responses to the Requests for Production and Interrogatories propounded by the Trustee to counsel for the Trustee.

Dated: April 24, 2024            Respectfully submitted,

                               **PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    Leslie Sara Hyman
    Texas State Bar No. 00798274
    lhyman@pulmanlaw.com
    W. Drew Mallender
    Texas State Bar No. 24118450
    dmallender@pulmanlaw.com
    Anna K. MacFarlane
    Texas State Bar No. 24116701
    amacfarlane@pulmanlaw.com

**ATTORNEYS FOR DEFENDANT UNIFIED FINANCIAL SERVICES, INC.**

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 24, 2024, the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

***Via CM/ECF drukavina@munsch.com,
tberghman@munsch.com, and
cwhite@munsch.com***
Davor Rukavina
Thomas D. Berghman
Conor P. White
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Ste 3800
Dallas, TX 75201-6659

**ATTORNEYS FOR PLAINTIFF TRUSTEE**

/s/   Randall A. Pulman
Randall A. Pulman

4854-4486-5208, v. 2