| | |
|---|---|
| **From:** | White, Conor |
| **To:** | "Randy Pulman" |
| **Cc:** | Rukavina, Davor; MaryAnn Villa; Vasek, Julian; Jamie Gonzales |
| **Subject:** | RE: UFS Discovery Upload Link |
| **Date:** | Wednesday, March 20, 2024 9:06:00 AM |

Randy,

Following up on this - please advise if you have received any updates from your client. Thank you.

Regards,

**From:** Randy Pulman <RPulman@pulmanlaw.com>
**Sent:** Friday, March 8, 2024 3:17 PM
**To:** White, Conor <cwhite@munsch.com>
**Cc:** Rukavina, Davor <drukavina@munsch.com>; MaryAnn Villa <mvilla@pulmanlaw.com>; Vasek, Julian <jvasek@munsch.com>; Jamie Gonzales <JGonzales@pulmanlaw.com>
**Subject:** RE: UFS Discovery Upload Link

**External Email: Use caution with links and attachments.**

Conor:

The client confirms that payroll stops on the dates reflected in the income statement we sent to you which I believe as April 2023 when the entity ceased operations.

With respect to the bank statements prior to 2022, the client changed accounting systems and no longer has access to those statements. I suspect those statements will have to be retrieved from the Bank. I will ask the client to go back and try to find the June 2023 statement which we apparently did not produce.

With respect to the tax returns, I will have to confirm its existence with the client, but I suspect that this was a wholly owned pass-through entity which prepared no separate tax return. I will go back to the client and confirm whether a tax return was prepared.

RAP

Randall A. Pulman
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
210-222-9494
210-892-0420(direct)
210-892-1610(fax)
rpulman@pulmanlaw.com
www.pulmanlaw.com



PULMAN, CAPPUCCIO & PULLEN, LLP. E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an Attorney Work Product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this message in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** White, Conor <cwhite@munsch.com>

**Sent:** Thursday, March 7, 2024 12:53 PM
**To:** Randy Pulman <RPulman@pulmanlaw.com>
**Cc:** Rukavina, Davor <drukavina@munsch.com>; MaryAnn Villa <mvilla@pulmanlaw.com>; Vasek, Julian <jvasek@munsch.com>; Jamie Gonzales <JGonzales@pulmanlaw.com>
**Subject:** RE: UFS Discovery Upload Link

Thank you, Randy. I forgot to mention, but if you could just get confirmation that UFS canceled its payroll account in April of 2023 (we don't have any after then) and inquire on statements for January and February of this year, as well. Appreciate the assistance.

**Conor P. White**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000 / Dallas, Texas 75201-6605

Direct: +1.214.880.1085 / cwhite@munsch.com / munsch.com

**From:** Randy Pulman <RPulman@pulmanlaw.com>
**Sent:** Thursday, March 7, 2024 12:35 PM
**To:** White, Conor <cwhite@munsch.com>
**Cc:** Rukavina, Davor <drukavina@munsch.com>; MaryAnn Villa <mvilla@pulmanlaw.com>; Vasek, Julian <jvasek@munsch.com>; Jamie Gonzales <JGonzales@pulmanlaw.com>
**Subject:** RE: UFS Discovery Upload Link

**External Email: Use caution with links and attachments.**

I have passed this back to the client and will let you know.

Randall A. Pulman
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
210-222-9494
210-892-0420(direct)
210-892-1610(fax)
rpulman@pulmanlaw.com
www.pulmanlaw.com



PULMAN, CAPPUCCIO & PULLEN, LLP. E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an Attorney Work Product, or (3) strictly confidential.  If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.  If you have received this message in error, please reply and notify the sender (only) and delete the message.  Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** White, Conor <cwhite@munsch.com>
**Sent:** Thursday, March 7, 2024 12:26 PM
**To:** Randy Pulman <RPulman@pulmanlaw.com>
**Cc:** Rukavina, Davor <drukavina@munsch.com>; MaryAnn Villa <mvilla@pulmanlaw.com>; Vasek, Julian <jvasek@munsch.com>; Jamie Gonzales <JGonzales@pulmanlaw.com>
**Subject:** RE: UFS Discovery Upload Link

Randy,

We've had a chance to look over the documents provided in the link and irrespective of the emails we discussed, it looks like we're still missing several groups of key documents requested in the RFPs. Some of the notable ones, for example, include bank statements prior to 2022 (and for June of 2023) and UFS's tax returns.

When do you anticipate being able to supplement the missing bank statements or other documents?

Regards,

**Conor P. White**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000 / Dallas, Texas 75201-6605

Direct: +1.214.880.1085 / cwhite@munsch.com / munsch.com

**From:** Jamie Gonzales <JGonzales@pulmanlaw.com>
**Sent:** Wednesday, March 6, 2024 2:12 PM
**To:** White, Conor <cwhite@munsch.com>; Randy Pulman <RPulman@pulmanlaw.com>
**Cc:** Rukavina, Davor <drukavina@munsch.com>; MaryAnn Villa <mvilla@pulmanlaw.com>
**Subject:** RE: UFS Discovery Upload Link

**External Email: Use caution with links and attachments.**

I have uploaded documents to the ShareFile link. There should be 64 pdf files and 7 Excel worksheets for a total of 71 documents.  The pdf files have a bates label on them with Seidel UFS 1-655.  Let me know if you have any questions.  Thank you.

*Jamie Gonzales*
Legal Assistant to
Randall Pulman
Shari P. Pulman
Pulman**,** Cappuccio & Pullen, LLP
2161 NW Military Hwy, Suite 400
San Antonio, Texas 78213
Telephone:  (210) 222-9494, ext. 101
Facsimile:  (210) 892-1610
www.jgonzales@pulmanlaw.com
www.pulmanlaw.com
*Attorney/ Client Privileged Communication*

**San Antonio  |  Fort Worth**

This e-mail and any files or documents accompanying it are intended solely for the identified recipient. This e-mail may contain information that is: (1) subject to the attorney-client privilege; (2) attorney work-product privilege; and/or (3) strictly confidential.  If you are not the intended recipient or have received this transmission in error you are requested to: (1) notify the sender to arrange for its immediate return; and (2) delete from your system this e-mail and any files or documents accompanying it.  Any disclosure, copying, printing or other dissemination of this e-mail (including any files or documents attached to it) is strictly prohibited.

**From:** White, Conor <cwhite@munsch.com>

**Sent:** Wednesday, March 6, 2024 1:25 PM
**To:** Randy Pulman <RPulman@pulmanlaw.com>; Jamie Gonzales <JGonzales@pulmanlaw.com>
**Cc:** Rukavina, Davor <drukavina@munsch.com>
**Subject:** UFS Discovery Upload Link

Randy,

Thanks for your call earlier. Below is a link to a ShareFile where you should be able to upload the documents collected so far. Please let me know if you have any issues accessing or uploading docs to the link.

https://munsch.sharefile.com/i/i66b35ded0fb44c7b

Regards,


**Conor P. White**

Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000 / Dallas, Texas 75201-6605

Direct: +1.214.880.1085 / cwhite@munsch.com / munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.