

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed May 24, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proceeding No. 23-03088-mvl |
| | § | |
| UNIFIED FIELD SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO COMPEL

CAME ON FOR HEARING the *Motion to Compel Unified Field Services, Inc.* (the "Motion") [Docket No. 10], filed by Scott M. Seidel (the "Trustee"), plaintiff in the above-styled adversary proceeding and the duly appointed chapter 7 Trustee for Goodman Networks, Inc. (the "Debtor"), the debtor in the above-styled and numbered bankruptcy case, against Unified Field

Services, Inc. ("UFS"), the defendant. Having considered the relief requested in the Motion and the arguments and representations of counsel, it is hereby—

ORDERED that the Motion is GRANTED; it is further—

ORDERED that, if not already produced, UFS shall produce to the Trustee, in printed form and in the format as close to native as possible, UFS's ledgers for all transactions that occurred during the period of January 1, 2021 to December 31, 2023; it is further—

ORDERED that, if not already produced, UFS shall produce to the Trustee, in printed form in the format as close to native as possible, UFS's monthly financial statements, including income statements, profit and loss statements, balance sheets, and statements of cash flows, for each month during the period of January 1, 2021 to December 31, 2023, and, if applicable, for each calendar quarter and each calendar/fiscal year during such period; it is further—

ORDERED that, if any of the above-mentioned documents or records do not exist, UFS shall produce a verified statement confirming the same; and it is further—

ORDERED that UFS shall produce the above-mentioned documents and records to the Trustee no later than June 5, 2024.

### END OF ORDER ###